IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERRY LEE HAWKINS
ADC #510227                                                                                          PLAINTIFF

V.                                        2:11CV00056 JMM/JTR

PENNINGTON, Captain,
East Arkansas Regional Unit, et al.                                                      DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE